**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
**Case No. 2:07−bk−06409−RJH**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| BARRY S EDWARDS | MICHELLE Y EDWARDS |
| 26868 N. 89TH DRIVE | 26868 N. 89TH DRIVE |
| PEORIA, AZ 85383 | PEORIA, AZ 85383 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−3042                                             xxx−xx−5533

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                                BY THE COURT

Dated: 2/4/10                                                   Randolph J. Haines
                                                                United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: stawarsk              Page 1 of 3              Date Rcvd: Feb 04, 2010
Case: 07-06409                 Form ID: b18                Total Noticed: 49


The following entities were noticed by first class mail on Feb 06, 2010.
db/jdb     +BARRY S EDWARDS,   MICHELLE Y EDWARDS,   26868 N. 89TH DRIVE,    PEORIA, AZ 85383-3723
aty         JOSEPH W. CHARLES,    PO BOX 1737,   GLENDALE, AZ  85311-1737
tr         +JILL H. FORD,    PO BOX 5845,   CAREFREE, AZ 85377-5845
cr          HOUSEHOLD BANK (SB), N.A,    BASS & ASSOCIATES, PC,   3936 E. Ft. Lowell Rd,   Suite 200,
             Tucson, AZ  85712-1083
cr         +PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr         +PRA Receivables Management, LLC As Agent of Portfo,    POB 41067,   Norfolk, VA 23541-1067
cr        +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 SE 2ND AVE #1120,   MIAMI, FL 33131-1605
7155130    +ARROWHEAD COMM. BANK,    17235 North 75th Avenue,   Suite B100,   Glendale AZ 85308-0869
7192517     ARROWHEAD COMMUNITY BANK,    C/O SCOTT B. COHEN,   SACKS TIERNEY P.A.,
             4250 N. DRINKWATER BLVD., 4TH FLR.,    SCOTTSDALE, AZ  85251-3693
8526715    +AZ Childrens Gastroenterology,    1432 S Dobson Rd # 402,   Mesa AZ 85202-4777
8526716    +AZ Homes Plus,    2222 South Dobson Suite 700,   Mesa AZ 85202-6482
7564461     American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
7288602    +American Express Travel Related Services Inc.,    c/o Phillips and Cohen Associates, LTD,
             258 Chapman Rd, Ste 205,    Newark DE 19702-5444
7155131     BANK OF AMERICA,    P. O. Box 15726,   Wilmington DE 19886-5726
7155132    +BENEFICIAL,    6070 West Behrend Drive,   Glendale AZ 85308-6973
8284326    +BENEFICIAL,    7480 W Bell Rd Ste 16,   Glendale AZ 85308-8533
7155134    +CHEVRON,   P. O. Box 2001,    Concord CA 94529-0001
8284356    +CHEVRON,   P. O. Box 530950,    Atlanta GA 30353-0950
7155135    +CITIBANK,    P. O. Box 6500,   Sioux Falls SD 57117-6500
7155136    +CITIBANK (SOUTH DAKOTA) N.A.,    P. O. Box 6191,   Sioux Falls SD 57117-6191
8526723     COLLECTION SERVICE BUREAU,    P.O. BOX 310,   Scottsdale AZ 85252-0310
7963325     Citibank NA as trustee for The Student Loan Corp,    On behalf of United Student Aid Funds,
             SALLIE MAE GUARANTEE SERVICES, INC,    Attn: Bankruptcy Litigation Unit - e3149,    PO BOX 9430,
             Wilkes-Barre, PA 18773-9430
7192146     Citibank NA as trustee for The Student Loan Corp.,    CALIFORNIA STUDENT AID COMMISSION,
             Accounts Receivable,    PO BOX 419041,   Rancho Cordova, CA 95741-9041
7155137    +DON FYTEE,    %SECURITY TITLE ACCT SERVICING,   3636 N. CENTRAL #140,    Phoenix AZ 85012-1971
7169985    +GMAC,    P.O. Box 130424,   Roseville, MN 55113-0004
7155138    +GMAC,    P. O. Box 78252,   Phoenix AZ 85062-8252
7193385    +Household Bank (SB), N.A.,    eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
7252063     Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,   as its agent,
             POB 35480,   Newark NJ 07193-5480
8526728    +JOHN C. LINCOLN HOSPITAL,    250 East Dunlap Avenue,   Phoenix AZ 85020-2871
7475819    +Portfolio Recovery Associates LLC.,    PO Box 41067,   Norfolk, VA 23541-1067
8284335     SCOTT COHEN, ESQ.,    SAKCS TIERNEY PA,   4250 DRINKWATER BLVD 4TH FLOOR,
             Scottsdale AZ 85251-3693
8526730    +SCOTTSDALE HEALTHCARE,    P O BOX 1270,   SCOTTSDALE AZ 85252-1270
7155140    +SEARS CREDIT CARD,    P. O. Box 6923,   The Lakes NV 88901-6923
7155141    +VANTAGE CREDIT UNION,    P. O. Box 15115,   Tucson AZ 85708-0115
7198554    +Vantage West Credit Union, fka DM Federal C.U.,    c/o Howard A. Chorost, P.C.,
             21 E Speedway Blvd,    Tucson AZ 85705-7714

The following entities were noticed by electronic transmission on Feb 04, 2010.
tr         +EDI: BJHFORD.COM Feb 04 2010 18:58:00      JILL H. FORD,   PO BOX 5845,   CAREFREE, AZ 85377-5845
smg         EDI: AZDEPREV.COM Feb 04 2010 18:58:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
7155129     EDI: AMEREXPR.COM Feb 04 2010 18:58:00     AMERICAN EXPRESS,   P. O. Box 297812,
             Fort Lauderdale FL 33329-7812
7167937    +EDI: AZDEPREV.COM Feb 04 2010 18:58:00     ARIZONA DEPARTMENT OF REVENUE,
             SPECIAL OPERATIONS SECTION,    1600 W. MONROE 7TH FLOOR,   PHOENIX, AZ 85007-2612
8284323     EDI: AZDEPREV.COM Feb 04 2010 18:58:00     ARIZONA DEPARTMENT OF REVENUE,   1600 West Monroe,
             Phoenix AZ 85007-2650
7155131     EDI: BANKAMER2.COM Feb 04 2010 18:58:00     BANK OF AMERICA,   P. O. Box 15726,
             Wilmington DE 19886-5726
7155133     EDI: CHASE.COM Feb 04 2010 18:58:00      CHASE,   P. O. Box 94014,    Palatine IL 60094-4014
7155135    +EDI: CITICORP.COM Feb 04 2010 18:58:00     CITIBANK,   P. O. Box 6500,
             Sioux Falls SD 57117-6500
7155138    +EDI: GMACFS.COM Feb 04 2010 18:58:00      GMAC,   P. O. Box 78252,   Phoenix AZ 85062-8252
7169985    +EDI: GMACFS.COM Feb 04 2010 18:58:00      GMAC,   P.O. Box 130424,   Roseville, MN 55113-0004
7155139    +EDI: HFC.COM Feb 04 2010 18:58:00      HSBC POLARIS,   P. O. Box 703,   Wood Dale IL 60191-0703
8284334    +EDI: IRS.COM Feb 04 2010 18:58:00      INTERNAL REVENUE SERVICE,   P.O. BOX 21126,
             CENTRALIZED INSOLVANCY OP,    Philadelphia PA 19114
7167972    +EDI: IRS.COM Feb 04 2010 18:58:00      INTERNAL REVENUE SERVICE,    CENTRAL INSOLVANCY OPERATIONS,
             P.O. BOX 21126,    PHILADELPHIA, PA 19114
7160348    +EDI: IRS.COM Feb 04 2010 18:58:00      INTERNAL REVENUE SERVICE,    210 E EARLL DR   MS&#092;5014,
             PHOENIX, AZ 85012
7182895     EDI: RESURGENT.COM Feb 04 2010 18:58:00     LVNV Funding LLC its successors and assigns as,
             assignee of Citibank,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
7196113     EDI: RECOVERYCORP.COM Feb 04 2010 18:58:00     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7214911     EDI: BLINE.COM Feb 04 2010 18:58:00      Roundup Funding, LLC,   MS 550,   PO Box 91121,
             Seattle, WA 98111-9221
7155140    +EDI: SEARS.COM Feb 04 2010 18:58:00      SEARS CREDIT CARD,   P. O. Box 6923,
             The Lakes NV 88901-6923
7295440     EDI: ECAST.COM Feb 04 2010 18:58:00      eCAST Settlement Corporation,   P.O. Box 7247-6971,
             Philadelphia PA 19170-6971
7264917     EDI: ECAST.COM Feb 04 2010 18:58:00      eCAST Settlement Corporation successor to,
             FIA Card Services aka Bank of America,    POB 35480,   Newark NJ 07193-5480
```

```
District/off: 0970-2          User: stawarsk           Page 2 of 3           Date Rcvd: Feb 04, 2010
Case: 07-06409                Form ID: b18             Total Noticed: 49

The following entities were noticed by electronic transmission (continued)
                                                                                        TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            GMAC
cr            Vantage West Credit Union, fka DM Federal Credit U
cr*          +ARIZONA DEPARTMENT OF REVENUE,   SPECIAL OPERATIONS SECTION,   1600 W. MONROE 7TH FLOOR,
              PHOENIX, AZ 85007-2612
cr*          +ARROWHEAD COMMUNITY BANK,   C/O SCOTT B. COHEN,   SACKS TIERNEY P.A.,
              4250 N. DRINKWATER BLVD., 4TH FLR.,   SCOTTSDALE, AZ 85251-3693
cr*           eCAST Settlement Corporation,   P.O. Box 7247-6971,   Philadelphia, PA  19170-6971
8284322*      AMERICAN EXPRESS,   P. O. Box 297812,   Fort Lauderdale FL 33329-7812
8284350*      AMERICAN EXPRESS,   P. O. Box 297812,   Fort Lauderdale FL 33329-7812
8526691*      AMERICAN EXPRESS,   P. O. Box 297812,   Fort Lauderdale FL 33329-7812
8526712*      AMERICAN EXPRESS,   P. O. Box 297812,   Fort Lauderdale FL 33329-7812
8284351*      ARIZONA DEPARTMENT OF REVENUE,   1600 West Monroe,   Phoenix AZ 85007-2650
8526692*      ARIZONA DEPARTMENT OF REVENUE,   1600 West Monroe,   Phoenix AZ 85007-2650
8526713*      ARIZONA DEPARTMENT OF REVENUE,   1600 West Monroe,   Phoenix AZ 85007-2650
8284324*     +ARROWHEAD COMM. BANK,   17235 North 75th Avenue,   Suite B100,   Glendale AZ 85308-0869
8284352*     +ARROWHEAD COMM. BANK,   17235 North 75th Avenue,   Suite B100,   Glendale AZ 85308-0869
8526693*     +ARROWHEAD COMM. BANK,   17235 North 75th Avenue,   Suite B100,   Glendale AZ 85308-0869
8526714*     +ARROWHEAD COMM. BANK,   17235 North 75th Avenue,   Suite B100,   Glendale AZ 85308-0869
8284325*      BANK OF AMERICA,   P. O. Box 15726,   Wilmington DE 19886-5726
8284353*      BANK OF AMERICA,   P. O. Box 15726,   Wilmington DE 19886-5726
8526694*      BANK OF AMERICA,   P. O. Box 15726,   Wilmington DE 19886-5726
8526717*      BANK OF AMERICA,   P. O. Box 15726,   Wilmington DE 19886-5726
8284354*     +BENEFICIAL,   7480 W Bell Rd Ste 16,   Glendale AZ 85308-8533
8526695*     +BENEFICIAL,   7480 W Bell Rd Ste 16,   Glendale AZ 85308-8533
8526718*     +BENEFICIAL,   7480 W Bell Rd Ste 16,   Glendale AZ 85308-8533
8284327*      CHASE,   P. O. Box 94014,   Palatine IL 60094-4014
8284355*      CHASE,   P. O. Box 94014,   Palatine IL 60094-4014
8526696*      CHASE,   P. O. Box 94014,   Palatine IL 60094-4014
8526719*      CHASE,   P. O. Box 94014,   Palatine IL 60094-4014
8284328*     +CHEVRON,   P. O. Box 2001,   Concord CA 94529-0001
8526697*     +CHEVRON,   P. O. Box 530950,   Atlanta GA 30353-0950
8526720*     +CHEVRON,   P. O. Box 530950,   Atlanta GA 30353-0950
8284329*     +CITIBANK,   P. O. Box 6500,   Sioux Falls SD 57117-6500
8284357*     +CITIBANK,   P. O. Box 6500,   Sioux Falls SD 57117-6500
8526698*     +CITIBANK,   P. O. Box 6500,   Sioux Falls SD 57117-6500
8526721*     +CITIBANK,   P. O. Box 6500,   Sioux Falls SD 57117-6500
8284330*     +CITIBANK (SOUTH DAKOTA) N.A.,   P. O. Box 6191,   Sioux Falls SD 57117-6191
8284358*     +CITIBANK (SOUTH DAKOTA) N.A.,   P. O. Box 6191,   Sioux Falls SD 57117-6191
8526699*     +CITIBANK (SOUTH DAKOTA) N.A.,   P. O. Box 6191,   Sioux Falls SD 57117-6191
8526722*     +CITIBANK (SOUTH DAKOTA) N.A.,   P. O. Box 6191,   Sioux Falls SD 57117-6191
8284331*     +DON FYTEE,   %SECURITY TITLE ACCT SERVICING,   3636 N. CENTRAL #140,   Phoenix AZ 85012-1971
8284359*     +DON FYTEE,   %SECURITY TITLE ACCT SERVICING,   3636 N. CENTRAL #140,   Phoenix AZ 85012-1971
8526700*     +DON FYTEE,   %SECURITY TITLE ACCT SERVICING,   3636 N. CENTRAL #140,   Phoenix AZ 85012-1971
8526724*     +DON FYTEE,   %SECURITY TITLE ACCT SERVICING,   3636 N. CENTRAL #140,   Phoenix AZ 85012-1971
8284332*     +GMAC,   P. O. Box 78252,   Phoenix AZ 85062-8252
8284360*     +GMAC,   P. O. Box 78252,   Phoenix AZ 85062-8252
8526701*     +GMAC,   P. O. Box 78252,   Phoenix AZ 85062-8252
8526725*     +GMAC,   P. O. Box 78252,   Phoenix AZ 85062-8252
8284333*     +HSBC POLARIS,   P. O. Box 703,   Wood Dale IL 60191-0703
8284361*     +HSBC POLARIS,   P. O. Box 703,   Wood Dale IL 60191-0703
8526702*     +HSBC POLARIS,   P. O. Box 703,   Wood Dale IL 60191-0703
8526726*     +HSBC POLARIS,   P. O. Box 703,   Wood Dale IL 60191-0703
8284362*     +INTERNAL REVENUE SERVICE,   P.O. BOX 21126,   CENTRALIZED INSOLVANCY OP,   Philadelphia PA 19114
8526703*     +INTERNAL REVENUE SERVICE,   P.O. BOX 21126,   CENTRALIZED INSOLVANCY OP,   Philadelphia PA 19114
8526727*     +INTERNAL REVENUE SERVICE,   P.O. BOX 21126,   CENTRALIZED INSOLVANCY OP,   Philadelphia PA 19114
8526729*      SCOTT COHEN, ESQ.,   SAKCS TIERNEY PA,   4250 DRINKWATER BLVD 4TH FLOOR,
              Scottsdale AZ 85251-3693
8284363*      SCOTT COHEN, ESQ.,   SAKCS TIERNEY PA,   4250 DRINKWATER BLVD 4TH FLOOR,
              Scottsdale AZ 85251-3693
8526704*      SCOTT COHEN, ESQ.,   SAKCS TIERNEY PA,   4250 DRINKWATER BLVD 4TH FLOOR,
              Scottsdale AZ 85251-3693
8284336*     +SEARS CREDIT CARD,   P. O. Box 6923,   The Lakes NV 88901-6923
8284364*     +SEARS CREDIT CARD,   P. O. Box 6923,   The Lakes NV 88901-6923
8526705*     +SEARS CREDIT CARD,   P. O. Box 6923,   The Lakes NV 88901-6923
8526731*     +SEARS CREDIT CARD,   P. O. Box 6923,   The Lakes NV 88901-6923
8284337*     +VANTAGE CREDIT UNION,   P. O. Box 15115,   Tucson AZ 85708-0115
8284365*     +VANTAGE CREDIT UNION,   P. O. Box 15115,   Tucson AZ 85708-0115
8526706*     +VANTAGE CREDIT UNION,   P. O. Box 15115,   Tucson AZ 85708-0115
8526732*     +VANTAGE CREDIT UNION,   P. O. Box 15115,   Tucson AZ 85708-0115
                                                                                    TOTALS: 2, * 62
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**          **Signature:**        *Joseph Speetjens*